UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL T. KERN, | ) |
|                 Plaintiffs, | ) |
| vs. | ) |
| CENTRAL KANSAS MEDICAL CENTER d/b/a ST. ROSE AMBULATORY & SURGERY CENTER; and REHABCARE GROUP MANAGEMENT SERVICES, INC., | ) Case No. 6:14-CV-01386 |
|                 Defendant. | ) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties in the above-entitled action, by and through their counsel of record, pursuant to Rule 41(a)(1)(ii), and stipulate that the cause of action against defendants, Central Kansas Medical Center d/b/a St. Rose Ambulatory & surgery Center, and RehabCare Group Management Services, Inc. is hereby dismissed **without prejudice** to refiling.

IT IS SO STIPULATED.

Submitted and Approved by:

HUTTON & HUTTON


s:/Daniel K. Back
Anne M. Hull, #14436
Daniel K. Back, #23192
8100 E. 22nd Street North, Bldg. 1200
Wichita, KS 67226
Phone: (316) 688-1166
Fax:  (316) 686-1077
E-mail: daniel.back@huttonlaw.com

*Attorneys for Plaintiff*

HUTTON & HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

Approved by:

WOODARD, HERNANDEZ, ROTH & DAY, L.L.C.

s:/Christopher Cole
Christopher Cole, #16343
245 N. Waco, Suite 260
P.O. Box 127
Wichita, KS  67201-0127
Phone:  (316) 263-4958
Fax:      (316) (316) 263-0125

*Attorneys for Defendant Central Kansas Medical Center
d/b/a St. Rose Ambulatory & Surgery Center*

SCHARNHORST AST KENNARD GRIFFIN, PC

s:/Christopher C. Tillery
Christopher C. Tillery, #22628
Todd A. Scharnhorst, #16863
100 Walnut, Suite 1950
Kansas City, Missouri 64106
Phone: (816) 268-9400
Fax:     (816) 268-9409

*Attorneys for Defendant RehabCare Group Management Services, Inc.*

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com